UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS M. OBUJEN,<br><br>          Plaintiff,<br><br>     v.<br><br>CDC - AVENAL STATE PRISON - WARDEN - MEDICAL SUPERVISORS,<br><br>          Defendants.<br>_____ / | No. C 10-1423 MHP (pr)<br><br>**ORDER OF TRANSFER** |

Douglas M. Obujen filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred at Avenal State Prison in Kings County. Defendants also apparently are located in Kings County. Kings County is within the venue of the Eastern District of California. No activity is alleged to have happened, and no defendant is alleged to reside, in the Northern District. Venue therefore would be proper in the Eastern District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: April 12, 2010                             _____
                                                                    Marilyn Hall Patel
                                                                    United States District Judge